## 55318. LEWIS v. THORPE FINANCE CORPORATION.

QUILLIAN, Presiding Judge.

This appeal was taken from the partial grant of plaintiff's motion for summary judgment. From the facts contained in the record the requisites of equitable estoppel were not shown (see *Bell v. Studdard,* 220 Ga. 756, 760 (141 SE2d 536)), and there was no basis for the defendant's reliance on such doctrine in opposition to the motion.

*Judgment affirmed. Webb and McMurray, JJ., concur.*

ARGUED FEBRUARY 7, 1978 — DECIDED MARCH 10, 1978.

*William J. Perry,* for appellant.
*John Genins,* for appellee.